**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**DANVILLE DIVISION**

| | | |
|---|---|---|
| JASON McGHEE, | ) | Case No. 4:05-CV-00040 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| | ) | By: **Jackson L. Kiser** |
| CHARLIE ROYSTER, | ) | Senior United States District Judge |
| d/b/a LITTLE CHARLIE'S AUTO SALES, | ) | |
| | ) | |
| Defendant. | ) | |

With agreement from both parties, I hereby **dismiss** the Plaintiff's *Motion for Default Judgment* [11], **dismiss** the Defendant's *Motion to Set Aside Default Judgment* [12], **dismiss** the Defendant's *Motion for Summary Judgment* [17], and **grant** the Plaintiff's *Motion to Continue* [10]. Accordingly, I hereby **continue** the first day of trial in this case from Monday March 27, 2006 to Thursday May 18, 2006. All deadlines set in this Court's *Pretrial Order* [6], entered September 1, 2005, which are dependent on the first day of trial in this case, shall be adjusted accordingly.

The Clerk is directed to send a copy of this *Order* to all counsel of record.

Entered this 22nd day of March, 2006.

s/Jackson L. Kiser
Senior United States District Judge

1